■ In the Matter of ROBERT SUMMERS, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Motion for leave to appeal, treated as an application pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie,* 90 AD2d 922). Mahoney, P. J., Main, Mikoll, Weiss and Levine, JJ., concur.

## (December 14, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM H. DOUGREY, Appellant. — Motion to dismiss appeal taken by defendant granted and appeal dismissed upon the ground that the criminal prosecution has abated by reason of his death. (*People v Darden,* 52 NY2d 1015; *People v Mintz,* 20 NY2d 753, 770.) Mahoney, P. J., Main, Mikoll, Weiss and Levine, JJ., concur.